15 P.3d 276

**C.B./PATIENT 1 et al**

v.

**Hon. C SABALOS/J Roe et al**

**No. CV00–0263–PR.**

Supreme Court of Arizona.

Dec. 5, 2000.

The following action was taken by the Supreme Court of the State of Arizona on December 05, 2000, in regard to the above-referenced cause:

ORDERED: Petition for Review of a Special Action Decision of the Court of Appeals—DENIED.

FURTHER ORDERED: The stay previously entered is dissolved.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.